UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**SHEILA TUTOR,**

      Plaintiff,

vs.                               CASE NO.  8:11-cv-994-T-23 –SDM/TGW

**VALENTINE & KEBARTAS, INC.,**

      Defendant.
_____/

## NOTICE OF SETTLEMENT

COMES NOW Plaintiff, SHEILA TUTOR, by and through her undersigned counsel, and hereby notifies the Court that a compromise settlement has been reached between the Plaintiff, SHEILA TUTOR, and Defendant, VALENTINE & KEBARTIS, INC., and that the Plaintiff does not object to Defendant's filing of a Motion to Vacate Judgment against VALENTINE & KEBARTIS, INC. in the above captioned suit.

                                        THE CONSUMER RIGHTS LAW GROUP

                                        <u>/s/ James S. Giardina</u>
                                        James S. Giardina, Esq.
                                        Florida Bar No.: 942421
                                        3104 W. Waters Ave., Suite 200
                                        Tampa, FL 33614
                                        Direct: 813.413-5610
                                        Fax: 866-535-7199
                                        *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that I electronically filed the foregoing Notice of Settlement with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served by email to Mr. Robert Handley, Manager of Valentine & Kebartis, Inc., RHandley@v-k-i.com on September 30, 2011.

      /s/ James S. Giardina