UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SHEILA TUTOR,

    Plaintiff,

vs.                       CASE NO.  8:11-cv-994-T-23 –SDM/TGW

VALENTINE & KEBARTAS, INC.,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

COMES NOW Plaintiff, SHEILA TUTOR, by and through her undersigned counsel, and hereby notifies the Court that a compromise settlement has been reached between the Plaintiff, SHEILA TUTOR, and Defendant, VALENTINE & KEBARTIS, INC., and that the Plaintiff does not object to Defendant's filing of a Motion to Vacate Judgment against VALENTINE & KEBARTIS, INC. in the above captioned suit.

                      THE CONSUMER RIGHTS LAW GROUP

                      /s/ James S. Giardina
                      James S. Giardina, Esq.
                      Florida Bar No.: 942421
                      3104 W. Waters Ave., Suite 200
                      Tampa, FL 33614
                      Direct: 813.413-5610
                      Fax: 866-535-7199
                      *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I electronically filed the foregoing Notice of Settlement with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served by email to Mr. Robert Handley, Manager of Valentine & Kebartis, Inc., RHandley@v-k-i.com on September 30, 2011.

/s/ James S. Giardina